EXHIBIT# 1 - Barcroft Media, Ltd. v. SCRIPPS MEDIA, INC.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 2 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: Barcroft Media, Ltd.<br>Photo ID Number: 10463400<br>Date Taken: 02/22/2015<br>Photo Description: Hulk with Jordan Grennan at the Dark Dynasty K9s facility on February 22, 2015 in New Hampshire.<br>Copyright Application Date: 03/23/2015<br>Application Number: 1-2241789031<br>Copyright Registration Date: 03/23/2015<br>Registration Number: VA0001947718 | Domain: newsnet5.com<br>URL:    http://www.newsnet5.com/news/local-news/water-cooler/meet-hulk-who-may-be-worlds-biggest-pit-bull<br>Observed Date: 05/12/2015 |  |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 2** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: Barcroft Media, Ltd.<br>Photo ID Number: 10463400<br>Date Taken: 02/22/2015<br>Photo Description: Hulk with Jordan Grennan at the Dark Dynasty K9s facility on February 22, 2015 in New Hampshire.<br>Copyright Application Date: 03/23/2015<br>Application Number: 1-2241789031<br>Copyright Registration Date: 03/23/2015<br>Registration Number: VA0001947718 | Domain: abc15.com<br>URL:    http://www.abc15.com/news/local-news/water-cooler/meet-hulk-who-may-be-worlds-biggest-pit-bull<br>Observed Date: 05/12/2015 |  |

x